**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

CHRISTIAN A. MATHIS,

    Plaintiff,

v.                                              Case No. 06-CV-13298-DT

CITY OF DETROIT, et al.,

    Defendants.
_____/

**OPINION AND ORDER AWARDING ATTORNEYS' FEES TO DEFENDANTS**

On September 6, 2007, this court entered an opinion and order granting Defendants' motion to compel discovery. (*See* 9/6/07 Order.) The order also noted that Defendants were entitled to an award of attorneys' fees and costs incurred in preparing and filing their motion to compel.[1] (*Id.* at 3.)

On October 28, 2007, Defendants filed an affidavit of their attorney, John Schapka, seeking reimbursement for 2.75 hours of attorney time at $98 per hour, for a total of $269.50 in attorneys' fees. (*See generally* Schapka Aff.) Defendants do not seek any costs. (*Id.*)

The affidavit details Schapka's credentials and legal background and also attaches a time log of the hours spent preparing Defendants' motion to compel. (*Id.*) First, the court finds that the hourly rate charged by Defendants' counsel is reasonable. *See Auto Alliance Int'l v. U.S. Customs Serv.*, 155 F. App'x 226, 228 (6th Cir. 2005) (discussing reasonable attorneys' fees); *Lamar Adver. Co. v. Charter Twp. of Van*

---

[1]Although Defendants did not comply with the deadline for filing a fee petition, the court will nevertheless, in the interest of justice, consider their untimely submission.

*Buren*, 178 F. App'x 498, 501-02 (6th Cir. 2006); Darbyshire v. Garrison, No. 04-CV-72272, 2006 WL 581032, at *3 (E.D. Mich. Mar. 8, 2006). Second, the court finds that the 2.75 hours claimed were reasonably expended. The hours are neither vaguely documented nor excessive, and were expended as a direct result of Plaintiff Christian Mathis's failure to timely respond to discovery requests. Accordingly,

IT IS ORDERED that Plaintiff make payment to Defendants in the amount of $269.50 on or before **November 12, 2007**.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 6, 2007, by electronic and/or ordinary mail.

    s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522